UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:09-bk-08409-MGW
                                                                        Chapter 7
JERRY A. LEWIS,

    Debtor.
_____/

ANDREA P. BAUMAN,
CHAPTER 7 TRUSTEE,

    Plaintiff,
vs.                                                                     Adv. Proc. No. 8:13-ap-00935-MGW

MARY E. LEWIS,
LEWIS' 8001 ENTERPRISES, INC.,
a Florida Corporation Dissolved in 1999,
LEWIS' 8001 ENTERPRISES, INC.,
a Florida Corporation Dissolved in 2006,
et al.

    Defendants.
_____/

**SUMMONS IN AN ADVERSARY PROCEEDING**

TO:    Ricardo A. Roig, P.L.
        c/o Ricardo A. Roig, Manager.
        2803 Safe Harbor Dr.
        Tampa, FL 33618-4534

      YOU ARE SUMMONED and required to file a motion or answer to the Amended Complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the Amended Complaint within 35 days.

    Address of Clerk:        Clerk, United States Bankruptcy Court
                                    801 N. Florida Ave., Suite 555
                                    Tampa, Florida 33602

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

    Name and Address:       Herbert R. Donica, Esquire
                                    106 S. Tampania Ave., Suite 250
                                    Tampa, Florida 33609

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO AN ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



LEE ANN BENNETT
Clerk of the Bankruptcy Court

Date: __February 26, 2015__

By: ___Jeanine L. Frensley___
       As Deputy Clerk